**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Elizabeth A. Geyer | CHAPTER 13 |
| Debtor(s) | |
| MTGLQ Investors, LP | |
| Movant | |
| vs. | |
| | NO. 16-12015 JKF |
| Elizabeth A. Geyer | |
| Debtor(s) | |
| Frederick L. Reigle Esq. | |
| Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this  24th   day of  February       , 2018 at Philadelphia, upon failure of the Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 139 Windswept Drive, Feasterville, Pa 19053 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Elizabeth A. Geyer
139 Windswept Drive
Feasterville, PA 19053

Jon M. Adelstein Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532