Philadelphia, PA 19103
(215) 557-1990

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Elizabeth Geyer | : | Case No. 16-12015-jkf |
| Debtor. | : | |
| | : | Chapter 13 |
| TruMark Financial Credit Union | : | |
| Movant | : | 11 U.S.C. § 362 |
| v. | : | |
| | : | |
| Elizabeth Geyer | : | |
| Debtor | : | March 28, 2018   9:30am |
| | : | Courtroom # 3 |
| | : | |
| Frederick L. Reigle, Trustee | : | |
| Additional Respondent | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

TruMark Financial Credit Union has filed a Motion for Relief from the Automatic Stay with the Court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 14, 2018 you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at:

> Bankruptcy Clerk
> 900 Market Street, Suite 400
> Philadelphia, PA 19107-4299
> 215-408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above: and

(b) mail a copy to the movant's attorney:

{P0330492-1}

        M. Jacqueline Larkin, Esq.
        1650 Arch Street, Suite 1800
        Philadelphia, PA 19103
        (215) 557-1990
        215-557-7590 (fax)

2.    If you or your attorney to not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is to be held before the Honorable Jean K. FitzSimon on March 28, 2018, at 9:30 a.m. in Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:    2-27-2018