United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12015-jkf
Elizabeth A. Geyer                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Feb 26, 2018
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db            +Elizabeth A. Geyer,   139 Windswept Drive,   Feasterville, PA 19053-7823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    MTGLQ Investors, LP bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
         JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         JON M. ADELSTEIN    on behalf of Plaintiff Elizabeth A. Geyer jadelstein@adelsteinkaliner.com,
          jsbamford@adelsteinkaliner.com
         JON M. ADELSTEIN    on behalf of Debtor Elizabeth A. Geyer jadelstein@adelsteinkaliner.com,
          jsbamford@adelsteinkaliner.com
         KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP KMcDonald@blankrome.com
         MARY JACQUELINE LARKIN    on behalf of    TruMark Financial Credit Union mjlarkin@mklaw.us.com,
          camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
         MARY JACQUELINE LARKIN    on behalf of Defendant    Trumark Financial Credit Union
          mjlarkin@mklaw.us.com,  camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                               TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Elizabeth A. Geyer | | CHAPTER 13 |
| | Debtor(s) | |
| MTGLQ Investors, LP | | |
| | Movant | |
| vs. | | |
| | | NO. 16-12015 JKF |
| Elizabeth A. Geyer | | |
| | Debtor(s) | |
| Frederick L. Reigle Esq. | | |
| | Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this  24th   day of  February        , 2018 at Philadelphia, upon failure of the Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 139 Windswept Drive, Feasterville, Pa 19053 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Elizabeth A. Geyer
139 Windswept Drive
Feasterville, PA 19053

Jon M. Adelstein Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532