**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


RE:  **ELIZABETH A. GEYER**                  :        **BKY NO. 16-12015**

     **DEBTOR**                              :        **CHAPTER 13**


**<u>CERTIFICATE OF NO RESPONSE</u>**

I, Jon M. Adelstein, Esquire, hereby certifies that I have received no

response to the Application for Compensation and Reimbursement of Expenses within

the time limits set forth in the Notice.


**BY:**      <u>/s/ Jon M. Adelstein</u>
            Jon M. Adelstein
            **ADELSTEIN& KALINER, LLC**
            350 S. Main Street Suite 105
            Doylestown, PA 18901
            (215) 230-4250