UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  ELIZABETH A. GEYER           :    BKY NO. 16-12015

      DEBTOR                       :    CHAPTER 13

ORDER GRANTING COMPENSATION AND
REIMBURSEMENT OF EXPENSES

AND NOW, this _____ day of _____, 2018 upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

ORDERED, that Adelstein & Kaliner, LLC is permitted to receive the sum of $4,000.00 as reasonable compensation for services rendered and $310.00 as reimbursement of out- of-pocket expenses incurred in this case.

**Date: May 18, 2018**

_____
Jean K. FitzSimon
Bankruptcy Judge