United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elizabeth A. Geyer  
    Debtor

Case No. 16-12015-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: May 18, 2018  
                             Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2018.  
db            +Elizabeth A. Geyer,    139 Windswept Drive,    Feasterville, PA 19053-7823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2018 at the address(es) listed below:

            BRIAN CRAIG NICHOLAS    on behalf of Creditor    MTGLQ Investors, LP bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
            JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
            JON M. ADELSTEIN    on behalf of Plaintiff Elizabeth A. Geyer jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com  
            JON M. ADELSTEIN    on behalf of Debtor Elizabeth A. Geyer jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com  
            KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
            MARY JACQUELINE LARKIN    on behalf of    TruMark Financial Credit Union mjlarkin@mklaw.us.com, camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com  
            MARY JACQUELINE LARKIN    on behalf of Defendant    Trumark Financial Credit Union mjlarkin@mklaw.us.com, camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com  
            MATTEO SAMUEL WEINER    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com  
            POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
            REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                        TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  ELIZABETH A. GEYER         :     BKY NO. 16-12015

     DEBTOR                            :     CHAPTER 13

ORDER GRANTING COMPENSATION AND
REIMBURSEMENT OF EXPENSES

AND NOW, this _____ day of _____, 2018 upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

ORDERED, that Adelstein & Kaliner, LLC is permitted to receive the sum of $4,000.00 as reasonable compensation for services rendered and $310.00 as reimbursement of out- of-pocket expenses incurred in this case.

**Date: May 18, 2018**

_____
Jean K. FitzSimon
Bankruptcy Judge