IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| ELIZABETH A. GEYER, | : | Case No. 16-12015 (JKF) |
| Debtor | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 13 case as counsel to TruMark Financial Credit Union and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given and all papers served or required to be served in this Chapter 13 case be delivered and served upon such party at the address of its counsel as set forth below:

> Corinne Samler Brennan, Esquire
> KLEHR | HARRISON | HARVEY | BRANZBURG LLP
> 1835 Market Street, Suite 1400
> Philadelphia, PA 19103
> Phone: (215) 569-3393
> Fax: (215) 568-6603
> Email: cbrennan@klehr.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtor or her property.

The foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise filed or made with regard to the above-referenced case and all proceedings therein.

Dated:  March 5, 2019                                              KLEHR | HARRISON | HARVEY| BRANZBURG LLP

                                                              By:     */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

*Counsel to TruMark Financial Credit Union*