| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-12015-AMC

ELIZABETH A GEYER
139 WINDSWEPT DRIVE
FEASTERVILLE  PA   19053

Petition Filed Date: 03/24/2016
341 Hearing Date: 06/10/2016
Confirmation Date: 04/18/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | $426.00 | | 02/26/2019 | $426.00 | | 03/22/2019 | $426.00 | |
| 04/26/2019 | $426.00 | | 05/21/2019 | $426.00 | | 06/24/2019 | $426.00 | |
| 07/18/2019 | $426.00 | | 08/28/2019 | $426.00 | | 09/27/2019 | $426.00 | |
| 10/28/2019 | $426.00 | 6283209000 | 12/02/2019 | $426.00 | 6359240000 | 01/09/2020 | $426.00 | 6470433000 |
| 02/24/2020 | $426.00 | 6580979000 | 04/30/2020 | $426.00 | 6750751000 | 07/02/2020 | $854.00 | 6913742000 |

Total Receipts for the Period: $6,818.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,450.00

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | TRUMARK FINANCIAL CREDIT UNION<br>»» 001 | Secured Creditors | $20,910.00 | $15,826.31 | $5,083.69 |
| 2 | TRUMARK FINANCIAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $6,254.33 | $0.00 | $6,254.33 |
| 3 | TRUMARK FINANCIAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $41,758.70 | $0.00 | $41,758.70 |
| 4 | TRUMARK FINANCIAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $4,284.01 | $0.00 | $4,284.01 |
| 6 | ADELSTEIN & KALINER LLC<br>»» 006 | Attorney Fees | $2,110.00 | $2,110.00 | $0.00 |

Chapter 13 Case No. 16-12015-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,450.00 | Current Monthly Payment: | $426.00 |
| Paid to Claims: | $17,936.31 | Arrearages: | $1,702.00 |
| Paid to Trustee: | $1,745.09 | Total Plan Base: | $25,560.00 |
| Funds on Hand: | $768.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.