Certificate Number: 02921-PAM-DE-035743140

Bankruptcy Case Number: 16-12015



02921-PAM-DE-035743140

# **CERTIFICATE OF DEBTOR EDUCATION**

I CERTIFY that on June 8, 2021, at 6:57 o'clock PM EDT, Elizabeth Geyer completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   June 9, 2021                         By:      /s/Edward Catalanotti

                                             Name:    Edward Catalanotti

                                             Title:   Credit Counselor