Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 16-12015-AMC

ELIZABETH A GEYER  
139 WINDSWEPT DRIVE  
FEASTERVILLE  PA    19053

Petition Filed Date: 03/24/2016  
341 Hearing Date: 06/10/2016  
Confirmation Date: 04/18/2018

Case Status: Completed on 5/21/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $426.00 | 6470433000 | 02/24/2020 | $426.00 | 6580979000 | 04/30/2020 | $426.00 | 6750751000 |
| 07/02/2020 | $854.00 | 6913742000 | 08/14/2020 | $426.00 | 7012170000 | 08/21/2020 | $1,276.00 | 7026815000 |
| 09/24/2020 | $1,278.00 | 7107343000 | 12/16/2020 | $852.00 | 7311621000 | 03/04/2021 | $426.00 | 7501827000 |
| 05/21/2021 | $852.00 | 7683575000 | | | | | | |

**Total Receipts for the Period: $7,242.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $25,560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | TRUMARK FINANCIAL CREDIT UNION<br>»» 001 | Secured Creditors | $20,910.00 | $20,465.45 | $444.55 |
| 2 | TRUMARK FINANCIAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $6,254.33 | $0.00 | $6,254.33 |
| 3 | TRUMARK FINANCIAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $41,758.70 | $0.00 | $41,758.70 |
| 4 | TRUMARK FINANCIAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $4,284.01 | $0.00 | $4,284.01 |
| 6 | ADELSTEIN & KALINER LLC<br>»» 006 | Attorney Fees | $2,110.00 | $2,110.00 | $0.00 |

**Chapter 13 Case No. 16-12015-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,560.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $22,575.45 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,217.75 | Total Plan Base: | $25,560.00 |
| Funds on Hand: | $766.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.