Certificate Number: 02921-PAE-DE-035887393

Bankruptcy Case Number: 16-12015



02921-PAE-DE-035887393

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2021, at 6:57 o'clock PM EDT, Elizabeth Geyer completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 3, 2021            By:    /s/Edward Catalanotti

                                Name:  Edward Catalanotti

                                Title: Credit Counselor