United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-12015-amc |
|---|---|
| Elizabeth A. Geyer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2021 | Form ID: 138OBJ | Total Noticed: 12 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth A. Geyer, 139 Windswept Drive, Feasterville, PA 19053-7823 |
| 13849399 | + | MTGLQ Investors LP, c/o Brian C. Nicholas, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13898875 | + | MTGLQ Investors, LP, P.O.Box 5270, Irving, CA 92616 |
| 14283307 | + | TruMark FCU, c/o Corinne Samler Brennan, Esquire, KLEHR HARRISON HARVEY BRANZBURG LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 13696903 | + | TruMark Financial CU, 1000 Northbrook Drive, Feasterville Trevose, PA 19053-8430 |
| 13696904 | | Well Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |
| 13709070 | + | Wells Fargo Bank N.A., c/o Powers Kirn & Assocs. LLC, Jill Manuel-Coughlin, Esq., 8 Neshaminy Interplex, Ste. 215, Trevose, PA 19053-6980 |
| 13759797 | | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2021 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2021 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 04 2021 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13757672 | + | Email/Text: dbogucki@trumark.org | Aug 04 2021 23:28:00 | Trumark Financial C.U., 335 Commerce Dr., PO Box 8127, Ft. Wash., PA 19034-8127 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14112524 | ##+ | Adelstein & Kaliner, LLC, 350 S. Main Street, Suite 105, Doylestown, PA 18901-4872 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 04, 2021                       Form ID: 138OBJ                                 Total Noticed: 12

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2021                 Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MTGLQ Investors  LP bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CORINNE SAMLER BRENNAN | on behalf of TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JON M. ADELSTEIN | on behalf of Plaintiff Elizabeth A. Geyer jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com |
| JON M. ADELSTEIN | on behalf of Debtor Elizabeth A. Geyer jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com |
| KEVIN G. MCDONALD | on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com |
| MARY JACQUELINE LARKIN | on behalf of Defendant Trumark Financial Credit Union mjlarkin@vaughanbaio.com  nfusco@vaughanbaio.com |
| MARY JACQUELINE LARKIN | on behalf of TruMark Financial Credit Union mjlarkin@vaughanbaio.com  nfusco@vaughanbaio.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor WELLS FARGO BANK  N.A. bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Elizabeth A. Geyer

          Debtor(s)

Case No: 16−12015−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/4/21