United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elizabeth A. Geyer  
    Debtor

Case No. 16-12015-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: 138FIN | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth A. Geyer, 139 Windswept Drive, Feasterville, PA 19053-7823 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 26 2021 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 26 2021 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 26 2021 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |

Case 16-12015-amc    Doc 97    Filed 08/28/21    Entered 08/29/21 04:30:49    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: 138FIN | Total Noticed: 4 |

      on behalf of Creditor MTGLQ Investors  LP bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CORINNE SAMLER BRENNAN
      on behalf of TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com

JILL MANUEL-COUGHLIN
      on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JON M. ADELSTEIN
      on behalf of Debtor Elizabeth A. Geyer jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com

JON M. ADELSTEIN
      on behalf of Plaintiff Elizabeth A. Geyer jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com

KEVIN G. MCDONALD
      on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com

MARY JACQUELINE LARKIN
      on behalf of TruMark Financial Credit Union mjlarkin@vaughanbaio.com  nfusco@vaughanbaio.com

MARY JACQUELINE LARKIN
      on behalf of Defendant Trumark Financial Credit Union mjlarkin@vaughanbaio.com  nfusco@vaughanbaio.com

MATTEO SAMUEL WEINER
      on behalf of Creditor WELLS FARGO BANK  N.A. bkgroup@kmllawgroup.com

POLLY A. LANGDON
      on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
      on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
      ECFMail@ReadingCh13.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Elizabeth A. Geyer
      Debtor(s)

Case No: 16−12015−amc
Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/26/21

96 − 91
Form 138FIN