United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12015-amc |
| Elizabeth A. Geyer | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 28, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth A. Geyer, 139 Windswept Drive, Feasterville, PA 19053-7823 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021                         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MTGLQ Investors  LP bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CORINNE SAMLER BRENNAN | on behalf of TruMark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JON M. ADELSTEIN | on behalf of Plaintiff Elizabeth A. Geyer jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com |
| JON M. ADELSTEIN | on behalf of Debtor Elizabeth A. Geyer jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com |
| KEVIN G. MCDONALD | on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 28, 2021 | Form ID: 195 | Total Noticed: 1 |

MARY JACQUELINE LARKIN
    on behalf of TruMark Financial Credit Union mjlarkin@vaughanbaio.com  nfusco@vaughanbaio.com

MARY JACQUELINE LARKIN
    on behalf of Defendant Trumark Financial Credit Union mjlarkin@vaughanbaio.com  nfusco@vaughanbaio.com

MATTEO SAMUEL WEINER
    on behalf of Creditor WELLS FARGO BANK  N.A. bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                                  : Chapter 13

Elizabeth A. Geyer                                                                      : Case No. 16−12015−amc

       Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 28, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

99
Form 195